**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Integrity Carbon Solutions LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

**93-1894831**

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **167 Consol Tipple Road** <br> **Deane, KY 41812** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Letcher** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Integrity Carbon Solutions LLC**                                             Case number (*if known*) _____
         Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor   **Integrity Carbon Solutions LLC**                                    Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **Bluegrass Resources, LLC**                Relationship   _____

District   **Eastern District of Kentucky**   When _____   Case number, if known   _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
Contact name   _____
Phone   _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Integrity Carbon Solutions LLC**                                                          Case number (*if known*)
_____
Name

| 16. Estimated liabilities | | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Integrity Carbon Solutions LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 26, 2024**
MM / DD / YYYY

**X** **/s/ Paul Lopez** | **Paul Lopez**
Signature of authorized representative of debtor | Printed name

Title    **Manager of Member**

**18. Signature of attorney**

**X** **/s/ T. Kent Barber**    Date **June 26, 2024**
Signature of attorney for debtor    MM / DD / YYYY

**T. Kent Barber**
Printed name

**Embry Merritt Womack Nance, PLLC**
Firm name

**201 East Main Street, Suite 1402**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone    **(859) 543-0453**    Email address    **kent.barber@emwnlaw.com**

**092456 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Integrity Carbon Solutions LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 26, 2024**     *X* **/s/ Paul Lopez**
                                                Signature of individual signing on behalf of debtor

                                                **Paul Lopez**
                                                Printed name

                                                **Manager of Member**
                                                Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Integrity Carbon Solutions LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A&D Parts and Service LLC P.O. Box 321 Stollings, WV 25646** | **adparts@live.com 304-601-2429** | **Trade debt** | | | | **$3,814.94** |
| **A1 Mine Supply P.O. Box 543 Man, WV 25635** | **Steve Adkins** **steven_adkins@icloud.com 304-688-6115** | **Trade debt** | | | | **$12,243.91** |
| **Austin Powder Company 1435 Warren Rd Lakewood, OH 44107** | **wallace.mullins@austinpowder.com 276-328-8014** | **Trade debt** | | | | **$24,894.00** |
| **B & M Sales and Services 872 Feather Ridge Road Jonesville, VA 24263** | | **Trade debt** | | | | **$2,732.13** |
| **Baird & Baird 162 Second Street Pikeville, KY 41501** | | **Legal Fees** | | | | **$12,885.00** |
| **CAT Credit Card PO Box 330039 Nashville, TN 37203** | | **Trade debt** | | | | **$28,197.82** |
| **D Deel Contruction Inc. 1027 Burr Oak Road Haysi, VA 24256** | **ddelinc@hotmail.com 276-275-1028** | **Trade debt** | | | | **$152,450.00** |
| **DT Equipment Services Inc 94 Bays Branch Rd East Point, KY 41216** | **rickgoble@dteqservices.com 606-616-4413** | **Trade debt** | | | | **$20,213.94** |

| Debtor | **Integrity Carbon Solutions LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Electric Line P.O. Box 1167 Williamson, WV 25661** | | **Trade debt** | | | | **$2,551.44** |
| **Greg Stiltner 2435 Friar Tuck Rd Zanesville, OH 43701** | | **Trade Debt** | | | | **$3,547.97** |
| **Kanawha Scales and Systems LLC 8555 Robison Creek RD Virgie, KY 41572** | samantha.cochran @kanawhascales.com 606-432-3002 | **Trade Debt** | | | | **$28,685.22** |
| **Kens Towing 381 Mims Brance Pikeville, KY 41502** | | **Trade debt** | | | | **$3,500.00** |
| **Kentucy Serverance Taxes Department of Revenue Station No 33 501 High Street Frankfort, KY 40601** | | **Taxes** | | | | **$79,725.00** |
| **Marco International Corporation 152 West 57th Street 25th Floor New York, NY 10019** | jkestenbaum@marcointernational.com 516-849-4731 | **Trade Debt** | | | | **$541,344.56** |
| **MD Electrical Sales 202 West First Street London, KY 40741** | lkersey@mdelectricllc.com 606-330-0351 | **Trade Debt** | | | | **$24,832.27** |
| **Mineral Labs 480 Parkway Drive Salyersville, KY 41465** | denalyon@minerallabs.com 606-349-6145 | **Trade Debt** | | | | **$15,732.97** |
| **RND Services Inc 365 River Street South Fork, PA 15956** | | **Trade debt** | | | | **$603.65** |
| **Sauls Seismic PO Box 100454 Birmingham, AL 35210** | | **Trade debt** | | | | **$3,000.00** |
| **Spectrum Lab 1024 Laurel Avenue Coeburn, VA 24230** | | **Trade debt** | | | | **$614.00** |
| **Tri State Rail Services 579 Terminal Road Worthington, KY 41183** | tammy@tri-statetransfer.com 606-836-2942 | **Trade Debt** | | | | **$11,925.00** |

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Integrity Carbon Solutions LLC** _____   Case No.   _____

Debtor(s)   Chapter   **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bluegrass Resources LLC**<br>**167 Consol Tipple Road**<br>**Deane, KY 41812** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _____   Signature   _____
**Paul Lopez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Integrity Carbon Solutions LLC**                                              Case No. _____
                                    Debtor(s)              Chapter    **11** _____

# VERIFICATION OF MAILING LIST MATRIX

I, the Manager of Member of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under

penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __**1**__ page(s) is true and

correct and complete, to the best of my (our) knowledge.

Date:    **June 26, 2024**                          **/s/ Paul Lopez**
                                        **Paul Lopez**/**Manager of Member**
                                        Signer/Title

I, _____**T. Kent Barber**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master
Address List consisting of __**1**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my
knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all
creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any
amendments may be made.

Date:  **June 26, 2024**                            **/s/ T. Kent Barber**
                                        Signature of Attorney
                                        **T. Kent Barber**
                                        **Embry Merritt Womack Nance, PLLC**
                                        **201 East Main Street, Suite 1402**
                                        **Lexington, KY 40507**
                                        **(859) 543-0453**

A&D Parts and Service LLC
P.O. Box 321
Stollings WV 25646

A1 Mine Supply
P.O. Box 543
Man WV 25635

Austin Powder Company
1435 Warren Rd
Lakewood OH 44107

B & M Sales and Services
872 Feather Ridge Road
Jonesville VA 24263

Baird & Baird
162 Second Street
Pikeville KY 41501

CAT Credit Card
PO Box 330039
Nashville TN 37203

D Deel Contruction Inc.
1027 Burr Oak Road
Haysi VA 24256

DT Equipment Services Inc
94 Bays Branch Rd
East Point KY 41216

Electric Line
P.O. Box 1167
Williamson WV 25661

Greg Stiltner
2435 Friar Tuck Rd
Zanesville OH 43701

Kanawha Scales and Systems LLC
8555 Robison Creek RD
Virgie KY 41572

Kens Towing
381 Mims Brance
Pikeville KY 41502

Kentucy Serverance Taxes
Department of Revenue
Station No 33
501 High Street
Frankfort KY 40601

Marco International Corporation
152 West 57th Street
25th Floor
New York NY 10019

MD Electrical Sales
202 West First Street
London KY 40741

Mineral Labs
480 Parkway Drive
Salyersville KY 41465

RedLeg Capital LLC
520 Madison Avenue
42nd Floor
New York NY 10022

RND Services Inc
365 River Street
South Fork PA 15956

Sauls Seismic
PO Box 100454
Birmingham AL 35210

Spectrum Lab
1024 Laurel Avenue
Coeburn VA 24230

Tri State Rail Services
579 Terminal Road
Worthington KY 41183

Wallen, Puckett & Associates PSC
PO Box 1349
Worthington KY 41183