**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| In re: | Chapter 11 |
| INTEGRITY CARBON SOLUTIONS, LLC, | Case No. 24-70259 |
| | Honorable Gregory Schaaf |
| Debtor. | |
| In re: | Chapter 11 |
| BLUEGRASS RESOURCES, LLC, | Case No. 24-70260 |
| Debtor. | Honorable Gregory Schaaf |

**ORDER PURSUANT TO RULE 1015(b) OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING
JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon consideration of the motion (the "Motion")[1] of the Debtors for entry of an order directing the joint administration of the Chapter 11 Cases; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given; and with no objections or requests for hearing having been filed, or all objections having been overruled, as the case may be; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby:

    1.    ORDERED that the Motion is granted as set forth herein; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1

2. ORDERED that the Debtors' respective captioned and numbered cases are consolidated, for procedural purposes only, and shall be jointly administered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and it is further

3. ORDERED that the caption of the jointly administered cases is to read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| In Re:<br><br>INTEGRITY CARBON SOLUTIONS, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 24-70259<br><br>Chapter 11<br><br>*Jointly Administered*<br><br>Honorable Gregory Schaaf |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Integrity Carbon Solutions, LLC (4831) and Bluegrass Resources, LLC (3609).

and it is further

4. ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases commenced by Integrity Carbon Solutions, LLC and Bluegrass Resources LLC. The docket in Case No. 24-70259 should be consulted for all matters affecting the above-listed cases.

and it is further

5. ORDERED that a creditor filing a proof of claim against any of the Debtors shall file such proof of claim in the particular Debtor's bankruptcy case and not in the jointly administered case; and it is further

6. ORDERED that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases; and it is further

7. ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8. ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Respectfully submitted,

EMBRY MERRITT WOMACK NANCE PLLC

<u>/s/T. Kent Barber</u>
T. Kent Barber, Esquire
KY Bar No. 092456
Embry Merritt Womack Nance, PLLC
Chase Tower
201 E. Main St., Ste. 1402
Lexington, KY 40507
P: 859-543-0453
F: 800-505-0113
kent.barber@emwnlaw.com
*Proposed Counsel to the Debtors*

3

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
<u>*Gregory R. Schaaf*</u>
**Bankruptcy Judge**
**Dated: Tuesday, July 2, 2024**
(grs)